IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AUSTIN SCHOEN,<br><br>Defendant. | 9:23-po-5082-M-KLD<br><br>Violation: F5457586<br><br>ORDER |

Based upon the United States' motion, and good cause appearing,

IT IS HEREBY ORDERED that the above-referenced case is dismissed, and the bench warrant is quashed.

Dated this 2nd day of February, 2024.

_____
KATHLEEN L. DESOTO
United States Magistrate Judge

1